[No. 3244-2.   Division Two.   July 9, 1979.]

ERNEST M. GOSE, ET AL, *Respondents*, v. ROSETTA T. DLUHOSH, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 34841, D. J. Cunningham, J., entered December 12, 1977. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie and Soule, JJ.

[No. 3602-2.   Division Two.   July 10, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. JIM DALE BOGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. C-2008, Herbert E. Wieland, J., entered June 14, 1978. *Reversed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Soule, J.

[No. 2904-3.   Division Three.   July 12, 1979.]

JOE DRESSEL, ET AL, *Appellants*, v. GOLDENDALE PROPERTIES, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 11427, Ted Kolbaba, J., entered May 4, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.